

# Fourth Court of Appeals
## San Antonio, Texas

Friday, February 27, 2015

No. 04-14-00761-CR

David **CHARLES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR5564
Honorable Lori I. Valenzuela, Judge Presiding

## O R D E R

On January 29, 2015, this Court granted Appellant's motion for a 30-day extension of time to file his brief, extending the deadline to March 2, 2015. Appellant now files a second motion for extension of time requesting another 30-day extension.

It is ORDERED the motion is GRANTED IN PART. Appellant must file the brief on or before March 16, 2015. **<u>FURTHER REQUESTS FOR EXTENSIONS OF TIME ARE DISFAVORED</u>**.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court